**Order entered November 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

### BILLY JOE CAMPBELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-81619-2012

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 3, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the November 27, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
       JUSTICE